UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

V.                                                              CASE NO. _____

_____

NOTICE OF FILING TRANSCRIPTS

Notice is hereby given that transcripts of court proceedings have been filed with the Court this date as indicated below:

| DATE | TYPE OF PROCEEDING | COURT REPORTER[1] |
|------|--------------------|--------------------|
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |

The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office.

By the Court,

_____                                         _____
Date                                                                            Deputy Clerk

(Notice of Transcripts.wpd  - 4/03)

1. Refer to the Court's website at www.mad.uscourts.gov to obtain telephone numbers for court reporters.