

# Bernard Grossberg
Attorney at Law

99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8558
Fax 737-8223

October 9, 2003

Craig Nicewicz
Courtroom Clerk
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:    <u>UNITED STATES V. HUGO BETANCUR</u>
            Criminal No. 00-10215-REK

Dear Mr. Nicewicz:

    As you are aware, I represent the defendant in the above-entitled matter. I have conferred with Assistant United States Attorney John Farley regarding a date on which the defendant may file his further sentencing memorandum and I request that the defendant be allowed to file his memorandum on or before **November 26, 2003**. The need for this enlargement of time is that both I and Francesca Bowman, who is assisting me regarding sentencing, have schedules that are extremely hectic during the next several weeks and as you may recall, the evidence produced at the four evidentiary hearings was involved and extensive. If such a schedule is acceptable to the Court, a sentencing hearing could be scheduled in mid-December so that the government will have a sufficient opportunity to respond to the defendant's memorandum if it elects to do so.

    Thank you for your continued assistance and I look forward to hearing from you in response to the above.

                            Sincerely,

                            Bernard Grossberg

BG/cm

cc:    John Farley, Esq.
       Francesca Bowman
       Nichole Barrasso
       Hugo Betancur
       Paula Orozco