# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: **FCI-RAYBROOK**

YOU ARE COMMANDED to have the body of __**HUGO BETENCUR**__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __3__, on the __3rd__ floor, Boston, Massachusetts on __June 7, 2006__, at __2:00__ P.M.

for the purpose of __Re-Sentencing__

in the case of    UNITED STATES OF AMERICA V. __Hugo Betencur__

CR Number __00-10215-REK__.

And you are to retain the body of said __Hugo Betencur__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Hugo Betencur__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __8th__ day of __May, 2006__.


__/s/ ROBERT E. KEETON__
UNITED STATES DISTRICT JUDGE

                              SARAH A. THORNTON
                              CLERK OF COURT
     SEAL

                              By: __/s/ JENNIFER FILO__
                              Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)