# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: **FCI - RAYBROOK**

YOU ARE COMMANDED to have the body of **HUGO BETENCUR** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. **3**, on the **3rd** floor, Boston, Massachusetts on **July 12, 2006**, at **2:30 P.M.**

for the purpose of **Re-sentencing**

in the case of UNITED STATES OF AMERICA V. **Hugo Betencur**

CR Number **00-10215-REK**

And you are to retain the body of said **Hugo Betencur** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Hugo Betencur** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this **1st** day of **June, 2006**.

/s/ Robert E. Keeton
UNITED STATES SENIOR DISTRICT JUDGE

                          SARAH A. THORNTON
                          CLERK OF COURT
SEAL

                          By: /s/ Karen P. Folan
                              Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)